UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| JIMMY DALE ADKINS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:18-CV-007-TWP-SKL |
|  | ) |  |
| EDDIE CARTER and JARRED CAMPBELL | ) ) | |
|  | ) |  |
| Defendants. | ) |  |

## **O R D E R**

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint filed under 42 U.S.C. § 1983 is **DISMISSED** for want of prosecution and failure to comply with Court orders pursuant to Fed. R. Civ. P. 41(b). Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should any Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**E N T E R :**

                         s/ Thomas W. Phillips
                      SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *John L. Medearis*
    CLERK OF COURT